PETER GOODMAN
Attorney at Law
State Bar No. 65975
400 Montgomery Street, Second Floor
San Francisco, California 94104
Telephone: (4l5) 781-8866
Facsimile: (415) 781-2266
goodmanlawoffice@att.net

Attorney for Defendant
MARIO OCHOA-GONZALEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARIO OCHOA-GONZALEZ,<br><br>    Defendant.<br>_____ | CR-12-0736 SI<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CHANGE OF PLEA HEARING |

The United States of America, by its attorneys, Melinda Haag, United States Attorney, and Assistant United States Attorney ("AUSA") W.S. Wilson Leung, and defendant MARIO OCHOA-GONZALEZ, by his attorney, Peter Goodman, hereby submit this Stipulation and [Proposed] Order requesting that the February 5, 2013, date currently set for the defendant's Change of Plea in this matter be continued to February 22, 2013.

The parties hereby stipulate and agree to the following:

1. On October 15, 2012, an Information was filed in this matter charging defendant OCHOA with violations of 21 U.S.C. §841(a)(1) and (b)(1)(C), and 18 U.S.C. §§924(c)(1)(A) and 2. Defendant OCHOA appeared for arraignment that day, entered not guilty pleas to those two charges and the matter was continued to November 30,

-1-

2012, at 11:00 a.m., for Change of Plea before this Court.

2. This matter has been continued a number of times for Change of Plea. Defense counsel has not yet completed looking into one final matter the defendant has requested him to investigate before he pleads guilty to the two counts in the Information pursuant to the terms of the pending Rule 11(c)(1)(C) Plea Agreement that provides for a sentence of 15 years in federal prison. Defense counsel anticipates completing his investigation during the middle of February and is requesting one final continuance of the date for defendant OCHOA to change his pleas from February 5, 2013, to February 22, 2013, at 11:00 a.m. AUSA Leung is not opposed to the requested continuance.

3. Should this request be granted, the parties hereby stipulate and agree that time should properly be excluded under the Speedy Trial Act from February 5, 2013, through February 22, 2013, in the interests of justice and to ensure effective assistance of counsel.

SO STIPULATED

DATED: February 4, 2013

                MELINDA HAAG
                United States Attorney

By:       /s/
     W.S. WILSON LEUNG
     Assistant United States Attorney

SO STIPULATED

DATED: February 4, 2013

                /s/
                PETER GOODMAN
                Attorney for Defendant
                MARIO OCHOA-GONZALEZ

///

///

| | |
|---|---|
| 1 | <u>ORDER CONTINUING CHANGE OF PLEA HEARING</u> |
| 2 | Based on the stipulation of the parties and good cause appearing, IT IS HEREBY |
| 3 | ORDERED that the Change of Plea hearing in this matter, which is presently scheduled |
| 4 | for February 5, 2013, at 10:00 a.m., be continued to February 22, 2013, at 11:00 a.m., |
| 5 | and that time under the Speedy Trial Act be excluded from February 5, 2013, through |
| 6 | February 22, 2013. |
| 7 | DATED: 2/4/13 |
| 8 | |
| 9 | |
| 10 | _____ |
| 11 | SUSAN ILLSTON<br>UNITED STATES DISTRICT COURT JUDGE |